JS-6

| | |
|---|---|
| 1 | Harvey W. Geller (123701) |
| 2 | hgeller@carltonfields.com |
| | CARLTON FIELDS JORDEN BURT, LLP |
| 3 | 2000 Avenue of the Stars, Suite 530 North Tower |
| | Los Angeles, California 90067-4707 |
| 4 | Telephone:  (310) 843-6300 |
| 5 | Facsimile:   (310) 843-6301 |

Attorneys for Defendant
Raghee Horner

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERIOR MANAGEMENT, LLC, | Case No.: 2:16-cv-04580  PA (RAOx) |
| Plaintiff, | Assigned to Hon. Percy Anderson |
| vs. | **ORDER OF DISMISSAL** |
| RAGHEE HORNER, and DOES 1-20, | |
| Defendants. | |
| | Complaint filed:  05/17/16 |
| | Removal filed:    06/23/16 |

108136971.1

1 | The Stipulation for Dismissal of the parties pursuant to Fed. R. Civ. P.
2 | 41(a)(A)(ii) having been filed,
3 |     IT IS HEREBY ORDERED:  This case is dismissed with prejudice.  The
4 | clerk shall close the file.

DATED: July 15, 2016

                        PERCY ANDERSON
                        UNITED STATES DISTRICT COURT JUDGE